IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-710-AP**

**IN RE: OPTINREALBIG.com, LLC**

      Debtor.

**INFINITE MONKEYS & CO., LLC**,

      Plaintiff/Appellant,

v.

**OPTINREALBIG.com, LLC,**

      Defendant/Appellee.

## ORDER

Kane, J.

This matter is before the court on Appellee's Motion to Dismiss Appeal as Moot (doc. #16), filed August 3, 2006. The court has reviewed the motion, the response in opposition, and the reply.

The Motion to Dismiss Appeal as Moot is GRANTED. A bell cannot be unrung; an omelet cannot be unscrambled; and past dismissed transactions and undertakings cannot be undone. Appellant failed to seek or obtain a stay of the order of dismissal and must bear the consequences of its own inaction.

Dated this 11th day of September, 2006.

                                            BY THE COURT:

                                            S/**John L. Kane**
                                            Senior Judge, United States District Court